### ALEXANDER H. PALMER *vs.* CHARLES WARD.

A promissory note, in part for a sum certain, and in part for a contingent sum, is not negotiable.

ACTION OF CONTRACT, commenced on the 31st of March 1856 by an indorsee against the maker of this promissory note signed by the defendant: " Policy 11,519. Boston, January 9th 1855. For value received, I promise to pay the Northwestern Insurance Company or order three hundred and fifty one dollars, and also such additional premium as may become due on said policy, in fourteen months from this date, with interest after, payable in Boston." The declaration averred the making and indorsement of the note, demand and neglect of payment, and protest.

The defendant demurred to the declaration, on the ground that the instrument declared on, being in part for a sum uncertain and contingent, was not negotiable, and would not support an action by this plaintiff.

*S. W. Bowerman,* for the defendant, cited *Cushman* v. *Haynes,* 20 Pick. 132; *Dodge* v. *Emerson,* 34 Maine, 96, and cases there cited.

*J. Rockwell,* for the plaintiff.

BY THE COURT.                                    *Demurrer sustained.*